**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-2080**

───────────

PETER K. STERN,

Petitioner - Appellant,

v.

UNITED STATES OF AMERICA,

Respondent - Appellee.

───────────

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, Chief District Judge.  (1:23-cv-00185-MR-WCM)

───────────

Submitted:  February 22, 2024                    Decided:  February 26, 2024

───────────

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Peter K. Stern, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Peter K. Stern appeals the district court's order construing his "Complaint and Petition for Declaratory Judgment" as a petition for a writ of error coram nobis and denying coram nobis relief. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Stern v. United States*, No. 1:23-cv-00185-MR-WCM (W.D.N.C. Sept. 18, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*